Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  James E Comose, Jr.

Debtor(s)

Case No.: _____
Judge: _____
Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original  
☑ Motions Included  
☑ Modified/Notice Required  
☐ Modified/No Notice Required  
☑ Discharge Sought  
☐ No Discharge Sought  

Date: **9-12-2016**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay $**218.00** **Monthly** to the Chapter 13 Trustee, starting on **August 1, 2016** for approximately **48** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

1

c.  Use of real property to satisfy plan obligations:
☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: _____

d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐  Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection

   a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

   b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **McDowell Posternock Apell & Detrick PC** | **Attorney Fees** | **$3,000.00** |
| | | |
| | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **M&T Bank** | **7901 Greenbrier Rd., Pennsauken NJ  08109** | **$6,402.26** | **0%** | **$6,402.26** | **$1,840.18** |

### b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated

as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

### NOTE: A modification under this section ALSO REQUIRES
### the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Ditech** | **7901 Greenbrier Road, Pennsauken NJ 08109** | **$14,403.45** | **$180,223.00** | **$206,520.62** | 0 | n/a | 0 |
| **U.S. Department of HUD - POC # 2** | **7901 Greenbriar Road, Pennsauken NJ  08109** | 9,993.51 | $180,223.00 | $206,520.62 | 0 | n/a | 0 |
| | | | | | | | |
| | | | | | | | |

     2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

   **c.  Surrender**
     Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Mariner Finance** | **2001 Ford Explorer 96,000 miles** | **4,077.00** | **unknown** |

   **d.  Secured Claims Unaffected by the Plan**

       The following secured claims are unaffected by the Plan:

<u>Creditor</u>
**Credit Acceptance Corp. - 2004 Jeep Grand Cherokee**

**e.  Secured Claims to be paid in full through the Plan**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |
| | | |

**Part 5:  Unsecured Claims**

   a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
   ____      Not less than $____ to be distributed *pro rata*

   ____      Not less than ___ percent

   __X__     *Pro Rata* distribution from any remaining funds

   b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

3

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **GM Financial** | **Auto Lease** | Assume |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **U.S. Department of HUD - POC # 2** | **7901 Greenbrier Road. Pennsauken NJ 08109** | **$9,993.51 - entire amount** |
| **Ditech** | **7901 Greenbrier Road. Pennsauken NJ 08109** | **$14,403.45 - entire amount** |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Part 8: Other Plan Provisions
a. **Vesting of Property of the Estate**

4

☑ Upon Confirmation
☐ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **9-12-2016**     .

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **To add POC # 2 and strip mortgage** | **To add POC # 2 and strip mortgage** |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

### Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **September 12, 2016**          /s/ Thomas G. Egner, Esq.
                                        **Thomas G. Egner, Esq.**
                                        Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   **September 12, 2016**          /s/ James E Comose, Jr.
                                        **James E Comose, Jr.**
                                        Debtor

Date:   _____          _____
                                        Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-24115-ABA
James E. Comose, Jr.                                                      Chapter 13
      Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Sep 15, 2016
                              Form ID: pdf901          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db             +James E. Comose, Jr.,    7901 Greenbriar Rd,    Pennsauken, NJ 08109-3272
516331315      +ACAR Leasing Ltd,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516301794     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
516307124     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:   CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
                SOUTHFIELD, MI 48034)
516384880       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516301796      +Credit Acceptance Corp.,    Po Box 513,    Southfield, MI 48037-0513
516301813     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:   Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
516301798    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                (address filed with court:   Ditech Financial Llc,    332 Minnesota St Ste 610,
                Saint Paul, MN 55101)
516301799      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516301800      +Experian,   PO Box 4500,    Allen, TX 75013-1311
516301801      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516301803      +GM Financial,    PO Box 100,    Williamsville, NY 14231-0100
516301802      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
516320260       Lakeview Loan Servicing, LLC,    KML Law Group PC,    Sentry Office Plaza,
                216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516301806      +Mariner Finance,    8211 Town Center D,    Nottingham, MD 21236-5904
516392363      +Novad Management Consulting,    Attn: Partial Claims Cash Management,
                2401 NW 23rd St., Suite 1A1,    Oklahoma City, OK 73107-2448
516301807      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245
516301810      +Township of Pennsauken,    Attn: Tax Office,    5605 N. Cresent Blvd,    Pennsauken, NJ 08110-1834
516301811       TransUnion,    PO Box 2000,    Chester, PA 19022-2000
516301812      +TruGreen,    1790 Kirby Pkwy,    Suite 300,    Memphis, TN 38138-7411
516387752      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
516318567      +US Dept of Housing & Urban Dev,    451 7th Street S.W.,    Washington DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2016 23:12:22      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2016 23:12:19      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516301795      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 15 2016 23:12:58       Comcast,
                PO Box 69,    Newark, NJ 07101-0069
516301797      +E-mail/Text: electronicbkydocs@nelnet.net Sep 15 2016 23:12:25      Dept Of Education/neln,
                121 S 13th St,    Lincoln, NE 68508-1904
516301804      +E-mail/Text: cio.bncmail@irs.gov Sep 15 2016 23:11:57      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516301805       E-mail/Text: camanagement@mtb.com Sep 15 2016 23:12:09      M & T Bank,    1100 Wehrle Drive,
                Buffalo, NY 14240
516301808      +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2016 23:08:04      Syncb/Care Credit,
                C/o Po Box 965036,    Orlando, FL 32896-0001
516301809      +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2016 23:08:25      Syncb/jcp,    Po Box 965007,
                Orlando, FL 32896-5007
516324493      +E-mail/Text: electronicbkydocs@nelnet.net Sep 15 2016 23:12:25      U.S. Department of Education,
                C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Sep 15, 2016
                              Form ID: pdf901            Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Thomas G. Egner    on behalf of Debtor James E. Comose, Jr. tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
                                                                                             TOTAL: 4
```