Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−24115−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James E. Comose Jr.
   7901 Greenbriar Rd
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−3434

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 28, 2016.

On January 11, 2017, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                February 22, 2017
Time:                 09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 12, 2017
JAN: jpl

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 16-24115-ABA
James E. Comose, Jr.                                                      Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2                  Date Rcvd: Jan 12, 2017
                               Form ID: 185               Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db             #+James E. Comose, Jr.,    7901 Greenbriar Rd,    Pennsauken, NJ 08109-3272
516331315       +ACAR Leasing Ltd,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516301794      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One Bank Usa N,     15000 Capital One Dr,
                   Richmond, VA 23238)
516307124      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court:   CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,
                   SOUTHFIELD, MI 48034)
516384880        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516301796       +Credit Acceptance Corp.,    Po Box 513,    Southfield, MI 48037-0513
516412638      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:   Dell Financial Services, LLC,     Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
516301798     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court:   Ditech Financial Llc,    332 Minnesota St Ste 610,
                   Saint Paul, MN 55101)
516301799       +Equifax Information Services,     PO Box 740241,    Atlanta, GA 30374-0241
516301800       +Experian,    PO Box 4500,    Allen, TX 75013-1311
516301801       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516301803       +GM Financial,    PO Box 100,    Williamsville, NY 14231-0100
516301802       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
516320260        Lakeview Loan Servicing, LLC,    KML Law Group PC,    Sentry Office Plaza,
                   216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516489611       +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
516301806       +Mariner Finance,    8211 Town Center D,    Nottingham, MD 21236-5904
516432023       +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
516392363       +Novad Management Consulting,    Attn: Partial Claims Cash Management,
                   2401 NW 23rd St., Suite 1A1,    Oklahoma City, OK 73107-2448
516301807       +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                   Trenton, NJ 08695-0245
516301810       +Township of Pennsauken,    Attn: Tax Office,    5605 N. Cresent Blvd,    Pennsauken, NJ 08110-1834
516301811        TransUnion,    PO Box 2000,    Chester, PA 19022-2000
516301812       +TruGreen,    1790 Kirby Pkwy,    Suite 300,    Memphis, TN 38138-7411
516387752       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                   Washington, DC 20410-0002
516318567       +US Dept of Housing & Urban Dev,    451 7th Street S.W.,    Washington DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2017 23:36:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2017 23:36:16      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516502073       E-mail/Text: bankruptcy.bnc@ditech.com Jan 12 2017 23:35:58      Bank of America, N.A.,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
516423468      +E-mail/Text: bankruptcy@cavps.com Jan 12 2017 23:36:35      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516301795      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 12 2017 23:36:47     Comcast,
                 PO Box 69,   Newark, NJ 07101-0069
516301797      +E-mail/Text: electronicbkydocs@nelnet.net Jan 12 2017 23:36:20      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
516301804      +E-mail/Text: cio.bncmail@irs.gov Jan 12 2017 23:35:49      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516301805       E-mail/Text: camanagement@mtb.com Jan 12 2017 23:35:59      M & T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14240
516429968       E-mail/Text: camanagement@mtb.com Jan 12 2017 23:35:59      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516301808      +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 23:39:00      Syncb/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516301809      +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 23:39:00      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
516324493      +E-mail/Text: electronicbkydocs@nelnet.net Jan 12 2017 23:36:20      U.S. Department of Education,
                 C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516301813*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:   Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1              User: admin                   Page 2 of 2                  Date Rcvd: Jan 12, 2017
                                  Form ID: 185                  Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Thomas G. Egner    on behalf of Debtor James E. Comose, Jr. tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
                                                                                             TOTAL: 4